# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

Edward Craig Coleman,                                **Court File No. CV 04-2798 MJD/JGL**

                Plaintiff,

v.                                                    **ORDER**

AT&T Wireless Services, Inc.; CSC Credit
Services, Inc.; Trans Union LLC; and Equifax
Information Services, Inc.

                Defendants.

---

Based on the stipulation between Plaintiff Edward Coleman and Defendant AT&T Wireless Services, Inc., n/k/a New Cingular Wireless, Inc. a wholly owned subsidiary of Cingular Wireless, LLC, (hereafter "AT&T"),

IT IS HEREBY ORDERED that all of Plaintiff's claims against AT&T shall be dismissed with prejudice, and with each party bearing his or its own costs, disbursements and attorney's fees.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: July 7, 2005

                                              s/ Michael J. Davis
                                              Honorable Michael J. Davis
                                              United States District Court