# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Edward Craig Coleman,<br><br>　　　　Plaintiff,<br><br>v.<br><br>AT&T Wireless Services, Inc.; CSC Credit Services, Inc.; Trans Union LLC; and Equifax Information Services, Inc.<br><br>　　　　Defendants. | Case No: CV 04-2798 MJD/JGL<br><br><br>**ORDER** |

　　This matter came before the Court on the stipulation of the plaintiff and defendants CSC Credit Services, Inc. and Equifax Information Services, LLC to an order dismissing all of the plaintiff's claims against CSC Credit Services, Inc. and Equifax Information Services, LLC in this case with prejudice and on the merits.  Based on the stipulation between the plaintiff and defendants CSC Credit Services, Inc. and Equifax Information Services, LLC, and all the other files, records, and proceedings herein,

　　**IT IS HEREBY ORDERED** that the plaintiff's claims against CSC Credit Services, Inc. and Equifax Information Services, LLC are hereby **DISMISSED WITH PREJUDICE** in their entirety and on the merits.  The parties shall each bear their own costs and attorneys' fees.

　　**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated: September 7, 2005　　　　　　　　　　s/ Michael J. Davis
　　　　　　　　　　　　　　　　　　　　　　Michael J. Davis
　　　　　　　　　　　　　　　　　　　　　　United States District Judge