**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**COURT FILE NO. 04-cv-02798-MJD-SRN**

---

EDWARD CRAIG COLEMAN
        Plaintiff,

v.

TRANS UNION, LLC, *et al.*,
        Defendants.

---

## ORDER OF DISMISSAL WITH PREJUDICE

---

Plaintiff Edward Craig Coleman, by counsel, and Defendant Trans Union, LLC, by counsel, having filed their Stipulated Dismissal With Prejudice,

AND THE COURT, having been duly advised in the premises and having examined said Stipulation, now finds that the same should be granted.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED by this Court that any and all claims of Plaintiff Edward Craig Coleman against Defendant Trans Union, LLC be dismissed in their entirety, with prejudice.  Plaintiff and Defendant shall each bear their own costs and attorneys' fees.

ALL OF WHICH IS ORDERED, ADJUDGED AND DECREED by the Court this 16th day of September, 2005.

                                                S/ Michael J. Davis
                                                JUDGE, United States District Court,
                                                District of Minnesota